# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:17-MJ-272-DCK |
|---|---|
| v. | ) **ORDER TO DISMISS THE COMPLAINT** |
| MARCUS SULLIVAN AIKEN | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Dismiss The Complaint" (Document No. 8) filed August 28, 2017. Leave of Court is hereby granted for the dismissal of the criminal complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, Defense Counsel, and the United States Attorney's Office.

**SO ORDERED**.

Signed: August 28, 2017

David C. Keesler
United States Magistrate Judge